IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OPERATING ENGINEERS LOCAL 66, AFL-CIO AND CONSTRUCTION INDUSTRY COMBINED FUNDS, INC., as agent for BOARD OF TRUSTEES OF OPERATING ENGINEERS LOCAL 66 ANNUITY AND SAVINGS FUND, OPERATING ENGINEERS CONSTRUCTION INDUSTRY AND MISCELLANEOUS PENSION FUND, OPERATING ENGINEERS LOCAL 66 BENEFIT FUND, OPERATING ENGINEERS LOCAL 66 WELFARE FUND; WESTERN PENNSYLVANIA OPERATING ENGINEERS JOINT APPRENTICESHIP AND TRAINING PROGRAM,<br><br>    Plaintiff,<br><br>v.<br><br>BABCOCK EXCAVATING, INC.,<br><br>    Defendant. | Civil Action No. 09-724<br><br>Judge Gary L. Lancaster |

## CONSENT JUDGMENT

AND NOW, this 24th day of July, 2009, with the consent of the parties, judgment is hereby entered in favor of the Plaintiff and against Babcock Excavating, Inc. in the amount of $37,311.38, plus additional interest from June 30, 2009.

Payments are to be made as follows:

| | | |
|---|---|---|
| August 15, 2009 | – | $2,500.00 |
| September 15, 2009 | – | $2,500.00 |
| October 15, 2009 | – | $6,383.71 |
| November 15, 2009 | – | $6,383.71 |
| December 15, 2009 | – | $6,383.71 |
| January 15, 2010 | – | $6,383.71, plus additional interest from June 30, 2009 |
| February 15, 2010 | – | $6,776.54 |



Defendant Babcock Excavating, Inc. shall also submit to Plaintiff its reports with payment by the 30th of the month after the month in which operating engineers perform work.

As long as the above conditions are met, Plaintiff will take no action to execute upon this judgment and the judgment shall be satisfied.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　The Honorable Gary L. Lancaster
　　　　　　　　　　　　　　　　　　　United States District Judge

CONSENTED TO BY:

_____
Jeffrey J. Leech
Attorney for Plaintiff

BABCOCK EXCAVATING, INC.

By: _____
Name: Ralph Scabbo
Title: Pres

-2-

LIT:463939-1 017020-119580

Jul 21 09 03:13p   Babcock Excavating Inc   7249343544